UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERSONKING NWANEKE ANYANWU,<br><br>              Plaintiff,<br><br>     v.<br><br>GEO GROUP, INC.,<br><br>              Defendant. | Case No. C24-5339-RAJ-MLP<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff has submitted to the Court for filing a civil rights complaint and an application to proceed with this action *in forma pauperis*. (*See* dkt. ## 3, 3-1.) Plaintiff's application demonstrates that he is unable to afford the filing fee for this action. Plaintiff's application to proceed *in forma pauperis* (dkt. # 3) is therefore GRANTED. The Clerk is directed to file Plaintiff's complaint without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Plaintiff.

Dated this 5th day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 1