Rev. 3/19

FILED _____ LODGED
_____ RECEIVED

MAY 06 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

JeffersonKing Nwaneke Anyanwu
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

GEO Group, Inc.

_____

_____
*Defendant's/defendants' full name(s)*

Defendant(s).

Case No. 3:24-cv-05339-RAJ-MLP
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Jury Demand?
☐ Yes
☒ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3. Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4. Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

Do <u>not</u> include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5. You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

## I. PLAINTIFF INFORMATION

**Name (Last, First, MI):** ANYANWU, JEFFERSONKING, NWANEKE

**Aliases/Former Names:**

**Prisoner ID #:** HA-214-553-389

**Place of Detention:** Northwest Ice Processing Center, Tacoma

**Institutional Address:** 1623 East "J" Street, Suite #5

**County, City:** Tacoma  **State:** Washington  **Zip Code:** 98421

*Indicate your status:*

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: GEO Group, Inc.
Name (Last, First)

Private Detention Facility
Current Job Title

1623 East J Street
Current Work Address

Tacoma          WA          98421
County, City    State       Zip Code

Defendant 2: _____
Name (Last, First)

Current Job Title

Current Work Address

County, City    State       Zip Code

Defendant 3: _____
Name (Last, First)

Current Job Title

Current Work Address

County, City    State       Zip Code

## III. STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s)</u>.*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 Deprivation of legal material by Geo Employee's and Staff

*State the <u>facts</u> of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 On 02/08/2024 I recieved a legal document from EOIR Tacoma Immigration Courts, to enable me prepare for statements regarding my appeals that was due on 02/26/2024, On 2/9/24 I was at the Facility law library to access the Information because

It was in a CD ROM Format, Unfortunately I was not able to access those document because the Geo Employee at the library said there was not any device available for me to access my legal document, but made promises on making arraignments on getting me to access it the next time I visit the library, Furthermore he contacted his Superior and informed him but his Supervisor instructed him to take the documents from me, which he later explained it was only for safe keeping, and anytime I come to the library I would have access to it, but he put it in my Property, which I complied and told him I do not care once I will be access it as promised, So I gave him the CD drive hoping to Use It next time I visit the library as promised.

1.3 On 02/13/2024 I visited the law library hoping to access courts documents as promised, Unfortunately I was told by the Geo employee' at the law library that I cannot be able to access my document because he don't have access to my CD drive, I was Frustrated and Confused at this point, I tried to persuade him to call property to get my document but that effort was unsuccessful.
see attachments.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

1.4 I suffered mental distress Such as, Fear, Frustration, helplessness, Intimidation, Pain and Suffering.

1.3. Continuation.

Then when my session was over and I did not achieve the purpose I went for I requested to speak with the supervisor or anyone that's in charge so I can get more clarity on why I can't access my legal documents, approximately around 3:30pm I spoke with Geo female employee Martinez whom radioed requesting for the supervisor for my sake she was instructed to take me to intake holding cell which I complied and went down to intake with her, when I got to intake there was two Geo staff over there namely Baumes and Berame, I handed them my ID and went into the cell and waited for about 10min later then another Geo staff walked right up to the cell and introduced himself as LT Aguirre and he asked me what do I want, then I explained the situation to him and the importance for me to access those document by 02/26/24 which was in about 13days, LT Aguirre blatantly told me that I'm not required to have a CD drive in my possession and he wouldn't let me access it, I tried not to argue with him and I told if that is the case he should put it in writing, which he refused and told me if I don't like what he said I should write a grievance against him, I told him I just want my document that I'm fighting for my life here and he told me I'm wasting his time and he walked away, i was frustrated about the situation then Geo staff Baumes walked in the cell handing back my ID and instructed me to go back to my unit, I told her that I need to talk to ICE agent or a superior staff, she became agitated and said to me "stop being dumb and stupid" and slammed the cell door aggressively on my face while she was leaving, then she and Berame kept yelling at me behind the door but I just ignored them, after 5min another staff walked to the cell and introduced himself as Sargent Stevens, and he politely asked me what the problem was about and I explained my concerns and situation and the incident with LT Aguirre behavior which he said I should give him a moment to figure out what's going on then he left, later came back after 15mins then he apologized about the situation and told me to ignore Lt Aguirre behavior, then he explained to me that he don't know how to help me right now and he can't make promises he can not keep but advised me to write to ICE and the warden also property that he would look into the situation and see if he can get me access and that he haven't faced such problem before so he don't have authority to do anything at this moment, I told him I will do as instructed even though ive sent some kite any received

no response, I thank him for his time and was ready to go back. When I got back to my unit I sent requests to ICE, Warden and property, explaining my concerns and requesting access to my document, even though I made these effort nothing was done. I submitted those request on 2/13/2024 on 02/14/2024 I received a reply from the warden and property and said they do not have any device I can access the CD Drive but they've informed IT specialist to move the information to a thumb drive. I followup on this but I never receive any information until my deadline expired on 2/26/2024. on 2/28/2024 I confronted ICE agents about why I was denied access to my document, the later told me I will be called to intake to resolve the issue but at this time it was too late anyways, although I was never called out anyway, on 3/3/2024 I received a message notifying me I can now access the document but it was too late, my deadline was way passed and it defeats the purpose.

1.4. Geo employee's and staff had a full understanding regarding the importance of the document and the deadline I had to view those court documents, the justification that I cannot have a CD drive is bogus because Detainees have access to XBOX CD disk in their respective units, regardless GEO staff deliberate failure to make provision for me to access my court document in violation of my Fourteenth Amendment rights.

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 Excessive use of Uncessary Force By GEO Employee's and Staff

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 On 02/13/24 approximately 5:35pm, as I exited Intake holding cell, I was collecting my ID from a Geo Employee Baumes I reminded her of her actions earlier when she disrespected me by calling me Dumb and Stupid, also by Slamming the door at my Face, which I told her it was wrong, disrespectful and unproffesional especially when I never Insulted or disrespected her in anyway, she responded by saying " I gave you orders and you refused, So next time I give you an order you better obey" or she would do it again", I was shocked by her response, then I replied her by saying " I Promise you it will be a memorable day next time you do that", at this point I walked away back to my unit their was three other employee's that was Present when I said that including Geo staff Berame watched me walk back to my unit at B2.

2.3 Approximately around 8:15pm on 02/13/2024, I was watching a TV Program at my unit in B2, a Geo employee Lt Aguirre walked into

Count 2 continuance

2.3. which Geo employee's officer Green and Berame, then I asked Lt Aguirre what this is all about and he replied "Reporting me was not enough for you now you got yourself in trouble Boy", I told him firstly I'm not his Boy nor his son so he shouldn't refer me as Boy and I don't understand what kinda trouble I got into, then he raised a paper on his hand and said this is a write up against you for threatening a staff, I told him I did not threatening nobody then he said how will you explain the incident earlier with a female officer at intake, then I pointed towards officer Berame and asked him he was there when I said what I said does it sound like I threatened anybody Berame ignored me, then I tried to explain what happened to Lt Aguirre and he told me whatever I'm saying don't matter, so I asked him what does the report say anyways and he read the last sentence that state. "Anyanwu #389 then threatened me by saying the next time you slam the door in my face I guarantee you wont forget it". I told him firstly I never used those words and I ask him if what was writing on the report sound like a threat to him, then he got agitated and said to me you think youre smart ass right I will show you I'm in charge, as he took another look at the paper and said."as a matter of fact you are going to segregation" then I told him I did not commit any crime or break any facility rule for me to be punished and I don't think its a right decision, as I was trying to dialogue with Lt Aguirre all of a sudden officer Berame came towards me while I was standing then he started pushing and shoving me inn a harassing manner, I tried to avoid and move away from while I noticed Lt Aguirre checking on the other entrance door to see if someone was coming, then I told Lt I don't like the way Berame is harassing and I would like to talk to an ICE agent, immediately he said to them get him down then Green and Berame started attacking me as the hit my sides as the aggressively held my arms, as the continuously violating me another employee that was walking by the main hallway saw what was happening then he ran in assisting them, while Green and the other staff held me side by side then Berame ran into me with his shoulders hitting my chest and his elbow extended hitting my abdomen with great force and pressure that caused me to fall down dizzy and the jump on me grabbing and twisting my hand and arm, immediately Officer Berame moved towards my head area and pinned his knee on my neck while smashing my head to the floor my jaw

hitting the ground and berame had me on headlock and I couldn't breathe, I got hit on my testicles twice, i scream out loud do not kill me because Berame still has his knee on my neck and his body weight was on my back, Green and the other staff cuffed my hands behind my back then the switched hitting my thighs and grabbing on my legs the put a lot of pressure on my legs while the shackled my feet, that was when a lot of employee's and staff ran to the scene , I saw one employee with a hand camera as the were trying to get me to stand up but it was difficult because I was in extreme pain and shock, the asked me to walk but my feet was shackled and my testicles hurt so badly with additional pain all over my body, the medical staff brought down a stretcher and the lay me on it, another medical staff shouted "take him to medical" and Lt Aguirre replied Take him to Seg, then the took me to H-SEG unit, which is a designated for punishments, then I was thrown into the cell at this point I was dizzy and in so much pain and not receiving any medical care or assistance. I became unconscious due to I was in much pain when I finally got up the pain on my testicles has subsided at this point and the cell was in bad condition it was so dirty and unkempt it smelled really bad and webs everywhere, the sink was so dirty I was irritated, immediately I spoke to the staff in-charge of this unit that I need to see a medical provider then he asked me for what reason, I told him I'm not feeling good, he said is not a legitimate reason, after 3min I asked if he have called for medical and he asked for what reason I now realized he won't make the call until I be specific then I said to him I need to get my blood pressure, later a medical staff showed up and collected my vitals through the cell hole, and for sure my BP was extremely high, he checked about two more times and it was still high then he called it in and told me he will be back, about 15min later a female provider came and checked my vitals again the result was the same high BP, then she saw the bruises and cuts on my arm and hand she now decided to ask me questions about my health, I tried to show her other bruises around my neck and body but she instructed me not to take off my shirt, after her examination she told she would get me some ice packs so I can apply on my bruised lips and some other area I'm feeling pain and because of my high BP they will come back and check on me, Ice packs was brought and all night while I was in pain they never followed up on me.

2.4. Approximately 8:20pm at B-hall, while I and Geo employee's Aguirre, Berame, and Green, I asked if I was a danger to anyone both staff and my fellow detainee no one answered back, and the use of force was not warranted because (I) I'm not a threat to safety of persons or property (ii) I was not disrupting the order of the facility (iii) and I was not escaping. So the use of force is unwarranted.

2.5. GEO employee's used excessive force while other remedies was available such as activating (IMS) incident management system would have been activated if I was an immediate threat to help the situation but it never happened until I was already shacked hands and feet, and being cuffed hands and feet was unnecessary because I did not show any form of aggression, which is all in violation of ice performance-based National Detention Standards(PBNDS) guidelines policy and all in violation of my due process right of my Fourth and Eighth Amendments Rights.

the unit pointing at me and asked me to come with him, which I followed him to the B units intersection hallway, then he said to me "We are not going to do this here", then he opened the door that lead to B main hallway. Which I followed him, While I entered the B Hallway I noticed two other Geo Employee's Berame and green standing by the other side of the door towards the Facility main Hallway— see attachments.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

2.6 Back pain, Neck pain, Myalgia, Sprain of ligament of Curvical Spine, Shoulder Pain, Tear of rotator Cuff Muscles, Bruises, Scratches, Cuts on the wrists, echimosis, humiliation, degradation, Fear, Intimidation and lot's of Pain and Suffering.

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 Assault by Geo Employee and Staff.

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2 Paragraph 2.1 through 2.5 are Incorporated as though repeated and realleged herein. It is Further hence on 02/13/24 that Geo employee Berame Constantly pushed and shoved me in a very aggresive and harrassing manner while I was having a conversation with Geo Staff Lt Aguirre, It was at this time that

Geo employee Berame hit me multiple times on sides with his elbow while grabbing my arms and later hit me with his shoulder extended into my chest and his elbow extended hitting me abdominals that caused me fall hard, and he kept twisting my arms then advanced towards my neck area, while he had me on a choke hold and also constantly had his knee on my neck making it impossible for me to breathe, he also smashed my head in the ground making my jaw hit the ground.

3.3 Geo employee Berame actions is in prohibition of the ICE Performance-Based National Detention Standards (PBNDS), which contains Policy and Standard for all Ice and Contractors detention Center, Berame's action was not in self defense, defense of third persons, prevention of escape or prevention of crime, which is in clear violations of my Fourth and eighth Amendment rights.

State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.

I suffered physical injuries Such as; Back pain, neck pain, bumped head and injured lips, sprain of ligaments of curvical spine, shoulder pain, tear of rotator cuff muscles, and mental distress such as; humiliation, degradation, fear, intimidation, trauma, panic and anxiety attacks, pain and suffering.

# COUNT 4

4.1. UNCONSTITUTIONAL CONFINEMENT IN ISOLATION by Geo employee's and staffs.

4.2. Paragraphs 2.3 are incorporated as though fully reapted and re alleged herein, the placement in H-SEG unit which is designated for punishment of detainee's whom have been found guilty of a violating facility rules was wrong and unconstitutional because (i) I was never informed, served or shown any document that indicate reason for such placement in disciplinary segregation unit, (ii) I did not violate or was found guilty of any facility rules that will be reasonable warrant placement in disciplinary segregation unit, (iii) even though a document was later provided stating that I was placed for administrative segregation, the reality is that I was placed in H-SEG is designated for disciplinary segregation and not administrative segregation and the living conditions suggests H-SEG is a designated unit for punishments and I was later found not guilty of all disciplinary charges but was placed in a unit designated for punishment.

4.3. I was later served with an administrative segregation order but the condition and location where I was confine is designated for disciplinary segregation or punishment and the placement in administration segregation was not done through due process established in the PNBDS standard policy adopted by ice for all detention facility and contractors, and the intentional placement in disciplinary segregation unit clearly shows the intent to intimidate,retaliate and unnecessary punishments this and all in violation of my EIGHTH AMENDMENT RIGHTS.

4.4. I suffered the following mental and emotional injuries such as, humiliation, degradation , intimidation , fustration, anguish, trauma, pain and suffering.

# COUNT 5

5.1 DENIAL TO ADEQUATE MEDICAL CARE by Geo employees and staff

5.2. Paragraph 2.3 are incorporated as though fully repeated and re alleged herein, after I was brutalized and placed in cuffs by Geo emplayees, the medical providers was called and the suggested I should be taken to the medical section for evaluation and appropriate medical care but Geo staff Lt Aguirre refused and insisted that I should be taken to H-SEG which is designated for punishment and I was transferred and placed in H-SEG unit, I did not receive or was not offered any type of medical assistance, not until about 3 hours later when I repeated asked a Geo employee to call a medical provider which he refused until I gave him a specific reason why I want a medical assistance.

5.3 Due to the fact that I was in H-seg unit it was very difficult for medical staff to make appropriate examination, which may warrant them to give adequate care, even though medical staff told me they will be back to check on me but that never happenned and I did not get any adequate medical attention until two days after incident. Which this and all is in violation of PBNDS guidelines and also in violation of my fifth(5th) and fourteenth(14th) amendment rights.

5.4 I suffered the following mental and emotional injuries as fear, fustration, helplessness , pain and sufferings.

## IV. RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

I hereby seek money damages from all injuries in the amount of $10,000,000.

## V. SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

04/29/2024
Dated

_____
Plaintiff's Signature

# INSTRUCTIONS FOR PRISONERS SEEKING TO FILE
# A CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

<u>You must comply with the following instructions before the Clerk will file your Complaint</u>

Local Rule CR 103, Local Rules for the Western District of Washington, requires you to submit your Complaint on the form furnished by the Court (a § 1983 form is attached). The clerk will upload the complaint to the docket and make copies of it for service upon the defendant(s). Plaintiff should keep a copy of the complaint for his or her own records; the clerk will not routinely return a copy of the complaint to plaintiff.

You must submit either the full $402.00 filing fee or a completed *in forma pauperis* application, including a certified copy of your prisoner account. Carefully read the information sheet for prisoners seeking leave to proceed *in forma pauperis* (without prepayment of the entire filing fee).

You may bring your Complaint to the United States District Court for the Western District of Washington only if one or more of the named defendants is located within this district, or if your claim arose from this district. If you have more than one claim, you must file a separate complaint for each claim unless they are related to the same incident or issue.

Your Complaint must be legibly handwritten or typed. <u>**NOTE: DO NOT WRITE ON THE BACK OF ANY OF THE PAGES OF THE COMPLAINT**</u>; any writing on the back of any page might not be considered by the Court. If you need additional space to answer any question(s), you may attach additional pages.

You are required to state <u>facts</u> in support of each claim. Describe how each named defendant violated your civil rights and when the violation occurred. You must <u>sign</u> the complaint.

<u>You must keep the Clerk of the Court informed of any change of address. If you fail to do so, the Clerk cannot be responsible for your failure to receive Court Orders. This also could result in the dismissal of your suit.</u>

| If your claim arose in King, Snohomish, Skagit, Whatcom or Island Counties, mail your completed forms, the originals and all copies to:<br><br>Clerk, U.S. District Court<br>700 Stewart Street, Suite 2310<br>Seattle WA 98101-1271 | If your claim arose in Clallam, Clark, Cowlitz, Grays Harbor, Jefferson, Kitsap, Lewis, Mason, Pacific, Pierce, Skamania, Thurston, or Wahkiakum Counties, mail your completed forms, the originals and all copies to:<br><br>Clerk, U.S. District Court<br>1717 Pacific Ave, Room 3100<br>Tacoma WA 98402 |
|---|---|

**NOTE: If you are housed at a Department of Corrections facility subject to the Prisoner Electronic Filing Initiative pursuant to General Orders 02-15 and 06-16, you may fulfill this mailing requirement by submitting your documents to the appropriate person at your facility who will transmit your documents electronically to the U.S. District Court. Your facility will receive any documents filed in your case electronically on your behalf.**