UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERSONKING NWANEKE ANYANWU,<br><br>               Plaintiff,<br><br>   v.<br><br>BRUCE SCOTT, *et al.*,<br><br>               Defendants. | Case No. C24-5339-RAJ-MLP<br><br>ORDER TO SHOW CAUSE |

This is a civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). On September 25, 2024, this Court issued an Order directing service of Plaintiff's amended civil rights complaint on Defendants Bruce Scott, Warden of the Northwest ICE Processing Center ("NWIPC"), and NWIPC employee Lieutenant Aguirre. (Dkt. # 8.) In accordance with that Order, the Clerk sent to each Defendant a copy of Plaintiff's amended complaint, copies of the notice of lawsuit and request for waiver of service of summons, and a waiver of service of summons, and directed that the waiver be returned within 30 days. (*Id.*) On October 16, 2024, the service packet mailed to Lieutenant Aguirre at NWIPC was returned with a notation indicating that he was no longer at that address. (*See* dkt. # 9.) On October 17, 2024, the Court received a notice of appearance from counsel on behalf of both

ORDER TO SHOW CAUSE - 1

Defendants. (Dkt. # 10.) However, to date, neither Defendant has returned a waiver of service, nor has an answer been filed, all of which are now overdue.

Based on the foregoing, this Court hereby ORDERS as follows:

(1) Defendants shall SHOW CAUSE, not later than *January 3, 2025*, why the Court should not direct that they be personally served and why the cost of such personal service should not be assessed pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. If, as it appears, Defendant Aguirre's address has changed, counsel for Defendants shall, by the date designated above, provide the Court with an updated address for this Defendant at which service may be effectuated. Any such submission should be filed under seal. Counsel may, in the alternative, submit waivers of service on behalf of both Defendants.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Richard A. Jones.

DATED this 20th day of December, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2